**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031-4416
Telephone: 702-870-3940
Facsimile:  702-870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES WHITE, an individual,<br><br>Plaintiff,<br>vs.<br><br>UNITED FINANCIAL CASUALTY COMPANY, a Foreign Corporation; DOE EMPLOYEES I-V and ROE COMPANIES I-V,<br>Defendants. | Case No:   2:22-cv-01626-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br>**(Second Request)** |

Defendant UNITED FINANCIAL CASUALTY COMPANY, and Plaintiff CHARLES WHITE, through their respective counsel submit the foregoing stipulation and order to extend discovery deadlines pursuant to LR 26-4 as follows:

1. <u>Summary of Discovery Completed</u>

    To date, the following discovery has been completed in this case:

    | Item | Date Completed |
    |---|---|
    | Plaintiff's Initial Rule 26(a) Disclosures | 11/30/2022 |
    | Defendant's Initial Rule 26(a) Disclosures | 01/11/2023 |
    | Plaintiff's First Set of Interrogatories, Requests for Production and Requests for Admission to Defendant | 01/26/2023 |
    | Defendant's First Set of Interrogatories, Requests for Admission and Requests for Production to Plaintiff | 02/28/2023 |
    | Defendant's Answers to Plaintiff's First Set of Interrogatories, Requests for Production and Requests for Admission | 03/29/2023 |
    | Plaintiff's Answers to Defendant's First Set of Interrogatories, Requests for Production and | 03/30/2023 |

| Item | Date Completed |
|---|---|
| Requests for Admission | |
| Defendant's Amended Answers to Plaintiff's First Set of Interrogatories | 04/03/2023 |
| Plaintiff's First Supplemental Rule 26(a) Disclosures | 05/04/2023 |
| Defendant's First Supplemental Rule 26(a) Disclosures | 05/15/2023 |
| Deposition of Plaintiff Charles White | 05/31/2023 |

2. <u>Discovery Remaining</u>

The following discovery remains to be completed:

    a) Additional Written Discovery;

    b) Deposition of Person(s) Most Knowledgeable for Defendant;

    c) Deposition(s) of percipient witnesses;

    d) Deposition(s) of treating physicians;

    e) Disclosure of expert witnesses; and

    f) Deposition(s) all expert witnesses.

3. <u>Reason Why Discovery Was Not Completed</u>

Discovery in this matter is currently scheduled to close on September 18, 2023 with Plaintiff's initial expert disclosures currently due by June 20, 2023 and Defendant's initial and rebuttal expert disclosures due by July 20, 2023. Although discovery has diligently progressed since the Scheduling Order was filed on January 6, 2023, additional time is required to work through scope and scheduling issues regarding the deposition of the Rule 30(b)(6) designee for Defendant. Additionally, Plaintiff's expert witness has requested additional time to prepare his report due to scheduling issues. As such, the parties believe that good cause exists to justify extending the discovery deadlines and hereby request a 15 day extension of the discovery deadlines to allow for additional time to complete the remaining discovery.

4. <u>Proposed Schedule for Completing Discovery</u>

Accordingly, the parties respectfully request that this Court enter an order setting the following discovery plan and scheduling order dates:

///

| Event | Former Deadline | New Deadline |
|---|---|---|
| Amend pleadings or add parties | June 20, 2023 | July 5, 2023 |
| Plaintiff's Initial Expert Designations | June 20, 2023 | July 5, 2023 |
| Defendant's Initial and Rebuttal Expert Designations | July 20, 2023 | August 4, 2023 |
| Plaintiff's Rebuttal Expert Designation | August 17, 2023 | September 1, 2023 |
| Discovery Cut-off | September 18, 2023 | October 3, 2023 |
| Dispositive Motions | October 18, 2023 | November 2, 2023 |
| Joint Pre-Trial Order | November 20, 2023 | December 5, 2023 |

Counsel further state that the requested extension of discovery deadlines is not interposed for purposes of delay, but rather for the purposes set forth above.

DATED: June 20th, 2023

**VAN LAW FIRM**

By: /s/ Burke L. Huber
BURKE L. HUBER, ESQ.
Nevada Bar No. 10902
1290 South Jones Blvd.
Las Vegas, Nevada 89146
*Attorneys for Plaintiff*

DATED: June 20th, 2023

**BARRON & PRUITT, LLP**

By: /s/ William H. Pruitt
WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 20, 2023