WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
BARRON & PRUITT, LLP
3890 West Ann Road
North Las Vegas, Nevada 89031-4416
Telephone: 702-870-3940
Facsimile:  702-870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES WHITE, an individual,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>UNITED FINANCIAL CASUALTY COMPANY, a Foreign Corporation; DOE EMPLOYEES I-V and ROE COMPANIES I-V,<br>　　　　　　Defendants. | Case No:　　2:22-cv-01626-GMN-EJY<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, CHARLES WHITE, by and through his attorney of record, Burke L. Huber, Esq. of Van Law Firm, and Defendant UNITED FINANCIAL CASUALTY COMPANY, by and through its attorney William H. Pruitt, Esq.

///

///

///

///

///

///

///

///

///

of the law firm Barron & Pruitt, LLP, that the above-entitled matter may be dismissed in its entirety, with prejudice, each party to bear its own costs and fees.

DATED this __16th__ of November, 2023            DATED this ____ of November, 2023

BARRON & PRUITT, LLP                              VAN LAW FIRM

/s/ William H. Pruitt
WILLIAM H. PRUITT, ESQ.                    for   BURKE L. HUBER, ESQ.
Nevada Bar No. 6783                               Nevada Bar No. 10902
JOSEPH R. MESERVY, ESQ.                           1290 South Jones Blvd.
Nevada Bar No. 14088                              Las Vegas, Nevada 89146
3890 West Ann Road                                *Attorney for Plaintiff*
North Las Vegas, Nevada 89031
*Attorneys for Defendant*

IT IS SO ORDERED. The Clerk of Court is instructed to close the case.

DATED this __17__ day of __Nov.__, 2023.

_____
UNITED STATES DISTRICT JUDGE